IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MARY A. WEBSTER,

        Plaintiff,

  v.                                           ORDER
                                                 07-C-226-S

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____

    Defendant moves to remand the above entitled matter to the Commissioner. Plaintiff shall respond to this motion not later than November 15, 2007; defendant may reply not later than November 26, 2007.

ORDER

    IT IS ORDERED that plaintiff shall respond to defendant's motion to remand not later than November 15, 2007; defendant may reply not later than November 25, 2007.

    Entered this <u>5th</u> day of November, 2007.

                            BY THE COURT:

                                /s/

                        _____
                        JOHN C. SHABAZ
                        District Judge