IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MARY A. WEBSTER,

                Plaintiff,

   v.                                                         ORDER
                                                             07-cv-226-jcs

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

     Defendant moved to remand the above entitled matter to the Commissioner. Plaintiff responded on November 16, 2007 agreeing to join defendant's request to remand. Accordingly, the case will be remanded.

     Plaintiff asks the Court to order that defendant supply her the means to return to the Commissioner the transcript of another claimant mistakenly placed in plaintiff's file.

ORDER

     IT IS ORDERED that pursuant to the agreement of the parties the above entitled matter is REMANDED to the Commissioner.

     IT IS FURTHER ORDERED that defendant supply plaintiff the means to return to the Commissioner the transcript of another claimant mistakenly placed in plaintiff's file.

     Entered this 28th day of November, 2007.

                                              BY THE COURT:

                                              ___/s/_____
                                              JOHN C. SHABAZ
                                              District Judge