IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY A. WEBSTER,

                     Plaintiff,                          ORDER

     v.

MICHAEL J. ASTRUE,                           07-C-226-C
Commissioner of Social Security,

                     Defendant.

---

On May 12, 2008, this court granted plaintiff's attorney, Diane S. Sapp, her fourth–and presumably last–extension of her deadline to file her motion in support of her social security disability appeal. On May 28, 2008, this court received a motion prepared by Attorney Sapp's husband asking for a fifth extension, until June 30, 2008, because Attorney Sapp fell and broke her right wrist and perhaps her ribs on May 25, 2008.

Of course Attorney Sapp may have her 30 day extension; decency and compassion require it. The new deadline for her motion and brief is June 30, 2008. The commissioner must file and serve his response by July 30, 2008. Plaintiff may have until August 15, 2008 within which to reply. The court wishes Attorney Sapp a speedy and complete recovery.

Entered this 2nd day of June, 2008.

BY THE COURT:

/s/
_____
STEPHEN L. CROCKER
Magistrate Judge